**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 129 MAL 2018

                  Respondent    :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

               v.             :

                                :

ROBERT PEZZECA,            :

                                :

                Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.